| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2005-29CB, Mortgage Pass-Through Certificates, Series 2005-29CB |
| IN re:<br><br>Lawrence Eugene Colacicco<br>Patricia Ann Colacicco<br>    Debtors |

Order Filed on September 18, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 15-23367-JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby
**ORDERED**

**DATED: September 18, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors: Lawrence Eugene Colacicco and Patricia Ann Colacicco
Case No: 15-23367-JNP
Caption of Order: ORDER VACATING STAY

---

Upon the motion of **Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT Inc., Alternative Loan Trust 2005-29CB, Mortgage Pass-Through Certificates, Series 2005-29CB**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:

   5 Brae Lane, Cherry Hill, New Jersey 08003

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                     Case No. 15-23367-JNP
Lawrence Eugene Colacicco                                                  Chapter 13
Patricia Ann Colacicco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Sep 18, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb         +Lawrence Eugene Colacicco,   Patricia Ann Colacicco,   5 Brae Lane,
                 Cherry Hill, NJ 08003-1405

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
               Bank of New York Mellon f/ka The Bank of New York, as Trustee for the Certificateholders of
               CWALT Inc. NJECFMAIL@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joel R. Spivack    on behalf of Debtor Lawrence Eugene Colacicco joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joel R. Spivack    on behalf of Joint Debtor Patricia Ann Colacicco joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
               jgoldman@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2005-29CB) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
               NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-29CB) bankruptcy@feinsuch.com
                                                                                                 TOTAL: 9