Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                         Case No.:  15−23367−JNP
                         Chapter:  13
                         Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lawrence Eugene Colacicco                       Patricia Ann Colacicco
   5 Brae Lane                                                  5 Brae Lane
   Cherry Hill, NJ 08003                            Cherry Hill, NJ 08003
Social Security No.:
   xxx−xx−5651                                                xxx−xx−1851
Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on February 22, 2019.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 22, 2019
JAN: kvr

                                                                                            Jeanne Naughton
                                                                                           Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-23367-JNP
Lawrence Eugene Colacicco                                           Chapter 13
Patricia Ann Colacicco
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 4            Date Rcvd: Feb 22, 2019
                                Form ID: 148           Total Noticed: 103

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 24, 2019.
db/jdb         +Lawrence Eugene Colacicco,    Patricia Ann Colacicco,    5 Brae Lane,
                 Cherry Hill, NJ 08003-1405
515626338      #Accounts Receivable Management,    PO Box 129,    Thorofare, NJ 08086-0129
515626351      +COPD Services,    Landauer Metropolitan, Inc.,    1 Bradford Road,    Mount Vernon, NY 10553-1217
515626344      +Capital One,    ATTN: MRS Associates Inc.,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
515626355      +Dr. George E. Rankin,    ATTN: Law Offices of Joel Cardis, LLC,    2006 Swede Road,    Suite 100,
                 E. Norriton, PA 19401-1787
515626357       Drs Edward George Rankin,    1999 East Marlton Pike,    Cherry Hill, NJ 08003-1825
515626356      +Drs Edward and George Rankin,    1999 East Marlton Pike,    Route 70,
                 Cherry Hill, NJ 08003-1825
515626358       Drs. Edward & George Rankin,    1999 East Marlton Pike, Route 70,    Cherry Hill, NJ 08003
515626363       ER Solutions, Inc.,    PO Box 1022,    Wixom, MI 48393-1022
515626360       Encore Receivable Management Inc.,    400 N. Rogers Road,    PO Box 3330,    Olathe, KS 66063-3330
515626361       Encore Receivables Management,    PO Box 1699,    Southgate, MI 48195-0699
515626362       Encore Receivables Management, Inc.,    400 N. Rogers Road,    PO Box 3330,
                 Olathe, KS 66063-3330
515626365      +Financial Recoveries,    200 E Park Drive,    Ste 100,    Mount Laurel, NJ 08054-1297
515626366       Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
515626367       Financial Recoveries,    PO Box 1022,    Wixom, MI 48393-1022
515626368       Financial Recovery Services,    PO Box 1246,    San Ramon, CA 94583-6246
515626371      +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
515626374       Gerardino DiPopolo,    Goldman & Warshaw PC,    PO Box 2500,    West Caldwell, NJ 07007-2500
515626376      +Goldman & Warshaw PC,    PO Box 2500,    West Caldwell, NJ 07007-2500
515626375      +Goldman & Warshaw PC,    34 Maple Avenue, Suite 101,    Pine Brook, NJ 07058-9394
515626378      +Granados Dental Assoc PA,    ATTN: Transworld Systems, Inc.,    507 Prudential Road,
                 Horsham, PA 19044-2308
515626385       LVNV Funding,    ATTN: Financial Recovery Services Inc.,    PO Box 385908,
                 Minneapolis, MN 55438-5908
515626388      +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
515626386      +Mary F. Farren DMD LLC,    1908 Springdale Road,    Cherry Hill, NJ 08003-2004
515626387      +Masseys,    ATTN: NCO Financial Systems Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
515626389       Nationwide Credit Inc,    4700 Vestal Pkwy E,    Vestal, NY 13850-3770
515626391       New Century Financial,    ATTN: Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515626392       North Shore Agency - NUW,    PO Box 9205,    Old Bethpage, NY 11804-9005
515626396       ORS,    PO Box 291269,    Nashville, TN 37229-1269
515626394       Ocean Home Health,    1000 Airport Road,    Suite 101,    Lakewood, NJ 08701-5960
515626393       Ocean Home Health,    QMES New Jersy Region,    PO Box 71413,    Philadelphia, PA 19176-1413
515626397      +Oskar Huber,    Po Box 94498,    Las Vegas, NV 89193-4498
515753706       PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
515626399      +Portfolio Rc,    287 Independence,    Virginia Beach, VA 23462-2962
515626404       Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
515626405      +Protocol,    509 Mercer Ave,    Panama City, FL 32401-2631
515626406      +Publishers Clearing House,    ATTN: North Shore Agency,    270 Spagnoli Road,    Suite 110,
                 Melville, NY 11747-3515
515626407      +Quest Diagnostics,    ATTN: AMCA Collection Agency,    2269 S. Saw Mill River Road,    Bldg 3,
                 Elmsford, NY 10523-3848
515626410      +Quest Diagnostics,    ATTN: AMCA Collection Agency,    2269 South Saw Mill River Road,
                 Building 3,    Elmsford, NY 10523-3848
515626409      +Quest Diagnostics,    ATTN: American Medical Collection Agency,    2269 South Saw Mill River Road,
                 Building 3,    Elmsford, NY 10523-3848
515626408       Quest Diagnostics,    PO Box 4911,    Southeastern, PA 19398-4911
515626411       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
515626412      +RA Pain Services,    PO Box 4640,    Rutherford, NJ 07070-0464
515626413      +Ralph Gulko,    Pressler and Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
515626418     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
515626417      +South Jersey Radiology,    PO Box 23355,    Newark, NJ 07189-0355
515626416       South Jersey Radiology,    ATTN: Remex,    307 Wall St.,    Princeton, NJ 08540-1515
515626419       Sunoco Inc.,    PO Box 6407,    Sioux Falls, SD 57117-6407
515626422      +TEK Collect,    Audit Dept.,    Business Office,    PO Box 1269,    Columbus, OH 43216-1269
517588160      +THE BANK OF NEW YORK MELLON FKA,    THE BANK OF New York as Trustee,
                 McCABE, WEISBERG & CONWAY, LLC,    216 Haddon Avenue,    Suite 201,    Westmont, NJ 08108-2818
515847307       The Bank of New York Mellon, Trustee (See B10),    c/o Residential Credit Solutions, Inc.,
                 P.O. Box 163229,    Fort Worth, Texas 76161-3229
515626423      +The Bureaus Inc.,    Attention: Bankruptcy Dept.,    1717 Central St.,    Evanston, IL 60201-1507
515626424       Virtua,    PO Box 8500,    Philadelphia, PA 19178-8267
515626425      +Virtua Health Voorhees,    Mail Processing Center,    2 Broad Street,    Bloomfield, NJ 07003-2547
515626428       WJ Hospital,    ATTN: NCO Financial Systems Inc,    20 East Clementon Road,    #102 North,
                 Gibbsboro, NJ 08026
515626432       Zwicker & Associates PC,    80 Minuteman Rd,    Andover, MA 01810-1008
515626431      +Zwicker & Associates PC,    16 South Haddon Avenue,    Haddonfield, NJ 08033-1887

```
District/off: 0312-1           User: admin                  Page 2 of 4                   Date Rcvd: Feb 22, 2019
                               Form ID: 148                 Total Noticed: 103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2019 00:14:00      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56       United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
515626339       +EDI: AMEREXPR.COM Feb 23 2019 04:38:00      American Express,
                 American Express Special Research,   Po Box 981540,   El Paso, TX  79998-1540
515778392        EDI: BECKLEE.COM Feb 23 2019 04:33:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
515626340       +EDI: RMCB.COM Feb 23 2019 04:33:00      American Medical Collection Agency,
                 2269 S. Saw Mill River Road,   Building 3,   Elmsford, NY  10523-3848
515626341       +EDI: TSYS2.COM Feb 23 2019 04:38:00      Barclays Bank Delaware,
                 Attention: Customer Support Department,   Po Box 8833,   Wilmington, DE  19899-8833
515626347       +E-mail/Text: bankruptcynotices@cbecompanies.com Feb 23 2019 00:14:30       CBE Group,
                 1309 Technology Pkwy,   Cedar Falls, IA  50613-6976
515626364        EDI: CITICORP.COM Feb 23 2019 04:38:00      Exxmblciti,   Attn.: Centralized  Bankruptcy,
                 Po Box 20507,   Kansas City, MO  64195
515626420        EDI: CITICORP.COM Feb 23 2019 04:38:00      Sunoco/citi,   Attention: Bankruptcy,
                 7920 Nw 110th St.,   Kansas City, MO  64153
515626342       +E-mail/Text: cms-bk@cms-collect.com Feb 23 2019 00:13:21       Capital Management Services LP,
                 726 Exchange Street,   Suite 700,   Buffalo, NY  14210-1464
515626343        E-mail/Text: cms-bk@cms-collect.com Feb 23 2019 00:13:21       Capital Management Services, LP,
                 698 1/2 South Ogden Street,   Buffalo, NY  14206-2317
515626345        EDI: CAPITALONE.COM Feb 23 2019 04:38:00      Capital One Bank,   PO Box 30285,
                 Salt Lake City, UT  84130-0285
515626346       +EDI: CAPITALONE.COM Feb 23 2019 04:38:00      Capital One, N.a.,   Capital One Bank (USA) N.A.,
                 Po Box 30285,   Salt Lake City, UT  84130-0285
515626348       +EDI: CHASE.COM Feb 23 2019 04:38:00      Chase,   Po Box 15298,   Wilmington, DE  19850-5298
515626349        EDI: WFNNB.COM Feb 23 2019 04:38:00      Comenity Bank,   PO Box 182273,
                 Columbus, OH  43218-2273
515626350        EDI: WFNNB.COM Feb 23 2019 04:38:00      Comenity Bank,   Bankruptcy Department,   PO Box 182125,
                 Columbus, OH  43218-2125
515626352       +E-mail/Text: kzoepfel@credit-control.com Feb 23 2019 00:14:02       Credit Control LLC,
                 5757 Phantom Drive,   Ste 330,   Hazelwood, MO  63042-2429
515626353        EDI: RCSDELL.COM Feb 23 2019 04:33:00      Dell Financial Services,   Attn: Bankruptcy Dept.,
                 Po Box 81577,   Austin, TX  78708
516142463        E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2019 00:13:20       Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD  57709-6154
516142464        E-mail/Text: bankruptcy.bnc@ditech.com Feb 23 2019 00:13:20       Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD  57709-6154,   Ditech Financial LLC,   PO Box 6154,
                 Rapid City, SD  57709-6154
515626359       +EDI: TSYS2.COM Feb 23 2019 04:38:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH  45040-8999
515626369       +E-mail/Text: data_processing@fin-rec.com Feb 23 2019 00:13:21
                 Financial Recovery Services, Inc.,   PO Box 385908,   Minneapolis, MN  55438-5908
515626370       +EDI: BLUESTEM Feb 23 2019 04:38:00      Fingerhut,   6250 Ridgewood Road,
                 Saint Cloud, MN  56303-0820
515626372       +EDI: RMSC.COM Feb 23 2019 04:38:00      GEMB Lowes,   PO Box 981400,   El Paso, TX  79998-1400
515626373       +EDI: RMSC.COM Feb 23 2019 04:38:00      Gemb/lowes Dc,   Attn Bankruptcy,   PO Box 103104,
                 Roswell, GA  30076-9104
515626380        EDI: HFC.COM Feb 23 2019 04:38:00      HSBC Card Services,   PO Box 80084,
                 Salinas, CA  93912-0084
515626381       +EDI: HFC.COM Feb 23 2019 04:38:00      Hsbc Nv,   Hsbc,   Po Box 5895,
                 Carol Stream, IL  60197-5895
515626354        EDI: IRS.COM Feb 23 2019 04:38:00      Department of the Treasury,   Internal Revenue Service,
                 PO Box 9052,   Andover, MA  01810-9052
515775862        EDI: BL-BECKET.COM Feb 23 2019 04:38:00      Kohl's,   c/o Becket and Lee LLP,   POB 3001,
                 Malvern PA  19355-0701
515626384       +EDI: CBSKOHLS.COM Feb 23 2019 04:38:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI  53051-7096
515626384       +E-mail/Text: bncnotices@becket-lee.com Feb 23 2019 00:12:45       Kohls/capone,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI  53051-7096
515626390       +E-mail/PDF: bankruptcy@ncfsi.com Feb 23 2019 00:19:00      New Century Financial,
                 110 S. Jefferson Rd.,   Suite 104,   Whippany, NJ  07981-1038
515626395       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2019 00:13:56       Office of the U.S. Trustee,
                 District of New Jersey,   U.S. Department of Justice,   One Newark Center, Suite 2100,
                 Newark, NJ  07102-5235
515626402        EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery Associates, LLC,   120 Corporate Blvd,
                 Norfolk, VA  23502
515626401        EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery Associates, LLC,   140 Corporate Blvd,
                 Norfolk, VA  23502
515626403        EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery Associates, LLC,   PO Box 12914,
                 Norfolk, VA  23541
515867252       +E-mail/Text: bankruptcy@pseg.com Feb 23 2019 00:12:31       PSE&G,   PO Box 490,
                 Cranford, NJ  07016-0490
```

```
District/off: 0312-1          User: admin              Page 3 of 4                    Date Rcvd: Feb 22, 2019
                              Form ID: 148             Total Noticed: 103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515814818       +EDI: RESURGENT.COM Feb 23 2019 04:38:00      PYOD, LLC its successors and assigns as assignee,
                 of Roundup Funding L.L.C.,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
515626400       +EDI: PRA.COM Feb 23 2019 04:33:00      Portfolio Recovery Associates LLC,    Dept. 922,
                 PO Box 4115,    Concord, CA 94524-4115
515641750        EDI: Q3G.COM Feb 23 2019 04:33:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
515626414        E-mail/Text: bkdepartment@rtresolutions.com Feb 23 2019 00:14:15      Real Time Resolutions,
                 1349 Empire Central Drive,    Suite 150,    Dallas, TX 75247-4029
515733990        E-mail/Text: bkdepartment@rtresolutions.com Feb 23 2019 00:14:15
                 Real Time Resolutions, Inc.,     1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
515626421        EDI: WTRRNBANK.COM Feb 23 2019 04:38:00      Target National Bank,    c/o Target Credit Services,
                 PO Box 673,    Minneapolis, MN 55440-0673
517079072       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 23 2019 00:14:35
                 The Bank of New York Mellon,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd, 5th Floor,    Coral Gables, FL 33146-1837
517079073       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 23 2019 00:14:35
                 The Bank of New York Mellon,    c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd, 5th Floor,    Coral Gables, FL 33146,    The Bank of New York Mellon,
                 c/o Bayview Loan Servicing, LLC 33146-1837
515626426        EDI: WFFC.COM Feb 23 2019 04:38:00      Wells Fargo Financial National Bank,    PO Box 94498,
                 Las Vegas, NV 89193-4498
515626427       +EDI: WFNNB.COM Feb 23 2019 04:38:00      Wfnnb/tsa,    Po Box 182686,    Columbus, OH 43218-2686
                                                                                               TOTAL: 47

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515626377*      +Goldman and Warshaw PC,    PO Box 2500,    West Caldwell, NJ 07007-2500
515626383*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
515626382*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Technical Support Insolvency,
                 PO Box 724,    Springfield, NJ 07081-0703)
515626379      ##+Granados Dental Assoc PA,    27 Blacksmith Rd,    Ste 101,    Newtown, PA 18940-1870
515626398      ##+Peter Fish,    Zwicker & Associates PC,    1101 Laurel Oak Road,    Suite 130,
                 Voorhees, NJ 08043-4322
515831946      ##+Porania LLC,    P. O. Box 11405,    Memphis, TN 38111-0405
515626415      ##Residential Credit Solutions, Inc.,     PO Box 163349,    Fort Worth, TX 76161-3349
515626429      ##Zucker Goldberg & Ackerman,    200 Sheffield Street,    Suite 301,    PO Box 1024,
                 Mountainside, NJ 07092-0024
515626430      ##+Zwicker & Associates ,PC,    1101 Laurel Oak Road,    Suite 130,    Voorhees, NJ 08043-4322
                                                                                   TOTALS: 0, * 3, ## 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin                Page 4 of 4             Date Rcvd: Feb 22, 2019
                              Form ID: 148               Total Noticed: 103
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC as servicer for The
           Bank of New York Mellon f/ka The Bank of New York, as Trustee for the Certificateholders of
           CWALT Inc. NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joel R. Spivack    on behalf of Joint Debtor Patricia Ann Colacicco joel@spivacklaw.com,
           admin@spivacklaw.com;r44331@notify.bestcase.com
          Joel R. Spivack    on behalf of Debtor Lawrence Eugene Colacicco joel@spivacklaw.com,
           admin@spivacklaw.com;r44331@notify.bestcase.com
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON, Et Al...
           jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2005-29CB) nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
           NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2005-29CB) bankruptcy@feinsuch.com
                                                                                             TOTAL: 9
```